IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:19-CR-11-5

LADARIUS CONNER

### ORDER

On April 22, 2021, Ladarius Conner filed a "Motion to Refund Bond Money" in which he requests that the $500.00[1] in cash paid on his behalf by Shekia Craig as security for his bond be released to Craig. Doc. #632. The government has advised that it does not oppose the motion.

Upon consideration,[2] the motion [632] is **GRANTED**. The Clerk of Court shall remit to Shekia Craig all funds, in the amount of $500.00, paid as security for Conner's bond.

**SO ORDERED**, this 23rd day of April, 2021.

DEBRA M. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] As an obvious scrivener's error, the motion states that Shekia Craig "deposited five hundred *fifty* dollars ($500.00)." Doc. #632 at 1 (emphasis added). The actual deposit amount was $500.00. *See* Doc. #76-1.

[2] The motion correctly states that Conner was sentenced to a term of imprisonment and that $500 in cash was paid to secure his bond. While Craig did not sign the bond in the space provided for the surety's signature, the receipt for the cash deposited as bond security indicates Craig as "Payer." Doc. #76-1. Given this, and the absence of any challenge to the relief requested in the motion, the Court concludes that Craig is Conner's third party surety.